```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| UMG RECORDINGS, INC., et al., : | CIVIL ACTION NO. 06-1846 (MLC) |
| Plaintiffs, : | **MEMORANDUM OPINION** |
| v. : |  |
| GERARDO VALECILLOS, : |  |
| Defendant. : |  |

**THE PLAINTIFFS** advising the Court — by a letter dated October 2, 2006, and submitted to Chambers on October 3, 2006 — "that the parties have reached a tentative settlement agreement with respect to the above matter, subject to Plaintiffs' receipt of signed settlement documents from Defendant" (Helms Letter); and the Court thus intending to dismiss the complaint (a) without costs and (b) without prejudice to reopen the action on good cause shown within 60 days if the settlement is not consummated; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                    s/ Mary L. Cooper
                                    **MARY L. COOPER**
                                    United States District Judge